Leonora McLaughlin, Suing on Behalf of Herself and of All Other Cred-

itors of the McLaughlin Real Estate Company, etc., Respondent, v. The McLaughlin Real Estate Company and Others, Appellants, Impleaded with Others. (Appeal No. 1.) — Order affirmed, with costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred; Burr, J., dissented.